Page 10, line 28

Request $1.5 Million

**<u>BONITA E. ZELMAN, ESQ.</u>**


**AND AS FOR A FIRST CAUSE OF ACTION**

18 U.S. Code § False statement or entry entered - Making False Statements

Page 6,line 16, Page 13. line 8-9

Request $1.5 Million


**AND AS FOR A SECOND  CAUSE OF ACTION**

18 U.S.C. §1961 Racketeer Influenced and Corrupt Organizations Act

Page 10, line 28

Request $1.5 Million


**AND AS FOR A THIRD CAUSE OF ACTION**

14th Amendment- Due Process

Page 7, Line 3-5

Request $1.5 Million


**AND AS FOR A FOURTH CAUSE OF ACTION**

18 U.S.C. §1951 relating with interference with commerce, robbery, or extortion

Page 9, line 28 and Page 10, line 1

Request $1.5 Million


**AND AS FOR A FIFTH CAUSE OF ACTION**

18 U.S.C. §471  Relating to counterfeiting

Page 6 line 16-22, Page 8 line 17, Page 15, line 1-3

Request $1.5 Million

**AND AS FOR A SIXTH CAUSE OF ACTION**

46 U.S. Code § 30509 Intentional Infliction of Emotional Distress

Page 5 line 24

Request $1.5 Million

**AND AS FOR A SEVENTH CAUSE OF ACTION**

18 U.S. Code § 1343 Fraud by wire, radio, or television

Page 9 line 27-28, Page 15 line 1-3

Request $1.5 Million

**AND AS FOR A EIGHTH CAUSE OF ACTION**

18 U.S.C. §1503 Relating to obstruction of justice

Page 6 line 16-22, Page 8. line 17, Page 10, line 10-11, Page 15, line 1-3

Request $1.5 Million

**AND AS FOR A NINTH CAUSE OF ACTION**

18 U.S. Code § 1346 Scheme or artifice to Defraud" includes a scheme or

artifice to deprive another of the intangible right of honest services.

Page 6 line 16-22

Request $1.5 Million

**AND AS FOR A TENTH CAUSE OF ACTION**

18 U.S. Code § 2381 Treason

Page 14 line 3-6 and 11-15

Request $1.5 Million

- 42 -

## AND AS FOR AN ELEVENTH CAUSE OF ACTION

18 U.S. Code § 1581 Peonage; obstructing

12 line 7-28, Page 13 line 1-3

Request $1.5 Million


## SETH A. HARRIS, ESQ. BURNS & HARRIS


## AND AS FOR A FIRST CAUSE OF ACTION

18 U.S. Code § False statement or entry entered - Making False Statements

Page 6, line 16, Page 13. line 8-9

Request $1.5 Million


## AND AS FOR A SECOND CAUSE OF ACTION

18 U.S.C. §1961 Racketeer Influenced and Corrupt Organizations Act

Page 10, line 28

Request $1.5 Million


## AND AS FOR A THIRD CAUSE OF ACTION

14th Amendment- Due Process

Page 7, Line 3-5

Request $1.5 Million


## AND AS FOR A FOURTH CAUSE OF ACTION

18 U.S.C. §1951 relating with interference with commerce, robbery, or extortion

Page 9, line 28 and Page 10, line 1

Request $1.5 Million

**AND AS FOR A FIFTH CAUSE OF ACTION**

18 U.S.C. §471  Relating to counterfeiting

Page 6 line 16-22, Page 8 line 17, Page 15, line 1-3

Request $1.5 Million


**AND AS FOR A SIXTH CAUSE OF ACTION**

46 U.S. Code § 30509 Intentional Infliction of Emotional Distress

Page 5 line 24

Request $1.5 Million


**AND AS FOR A SEVENTH CAUSE OF ACTION**

18 U.S. Code § 1343 Fraud by wire, radio, or television

Page 9 line 27-28, Page 15 line 1-3

Request $1.5 Million


**AND AS FOR A EIGHTH CAUSE OF ACTION**

18 U.S.C. §1503 Relating to obstruction of justice

Page 6 line 16-22, Page 8. line 17, Page 10, line 10-11, Page 15, line 1-3

Request $1.5 Million


**AND AS FOR A NINTH CAUSE OF ACTION**

18 U.S. Code § 1346 Scheme or artifice to Defraud" includes a scheme or

artifice to deprive another of the intangible right of honest services.

Page 6 line 16-22

Request $1.5 Million


**AND AS FOR A TENTH CAUSE OF ACTION**

18 U.S. Code § 2381 Treason

Page 14 line 3-6 and 11-15

Request $1.5 Million

**ZAKI  ISAAC B. TAMIR, ESQ.**


**AND AS FOR A FIRST CAUSE OF ACTION**

18 U.S.C. §1503 Relating to obstruction of justice

Page 22, line 17-21

Request $1.5 Million


**AND AS FOR A SECOND CAUSE OF ACTION**:

18 U.S.C. § 1341, 18 U.S. Code § 1343 Fraud by wire, radio, or television

Page 22, line 17-21

Request $1.5 Million


**AND AS FOR A THIRD CAUSE OF ACTION**

18 U.S. Code § 1346  Scheme or artifice to Defraud includes a scheme

or artifice to deprive another of the of the intangible right of honest services.

Page 22, line 17-21

Request $1.5 Million


**CLARK  PENA**


**AND AS FOR A FIRST CAUSE OF ACTION**

18 U.S.C. §1503 Relating to obstruction of justice

Page 22, line 17-21

Request $1.5 Million

- 45 -

**AND AS FOR A SECOND CAUSE OF ACTION:**

18 U.S.C. § 1341, 18 U.S. Code § 1343 Fraud by wire, radio, or television

Page 22, line 17-21

Request $1.5 Million

**AND AS FOR A THIRD CAUSE OF ACTION**

18 U.S. Code § 1346  Scheme or artifice to Defraud includes a scheme

or artifice to deprive another of the i

Page 22, line 17-21

Request $1.5 Million

**<u>SYLVIA ASH, ARRESTED EX-JUDGE</u>**

**AND AS FOR A FIRST CAUSE OF ACTION**

14th Amendment- Due Process

Page 7, Line 3-5

Request $1.5 Million

**AND AS FOR A SECOND CAUSE OF ACTION:**

18 U.S.C. §1961 Racketeer Influenced and Corrupt Organizations Act

Page 10, line 28

Request $1.5 Million

**AND AS FOR A THIRD CAUSE OF ACTION**

18 U.S. Code § 2381 Treason

Page 8 Line 3, Page 10 Line 10-11, Page 14 line 3-6, 12-15; Page 14 line 3-6, 11-15

Request $1.5 Million


## AND AS FOR A FOURTH CAUSE OF ACTION

18 U.S.C. §1951 relating with interference with commerce, robbery, or extortion

Page 9 line 28 and Page 10, line 1

Request $1.5 Million


## AND AS FOR A FIFTH CAUSE OF ACTION

18 U.S.C. §471  Relating to counterfeiting

Page 8 line 17, Page 15 line 1-3

Request $1.5 Million


## AND AS FOR A SIXTH CAUSE OF ACTION

46 U.S. Code § 30509 Intentional Infliction of Emotional Distress

Page 5 line 24

Request $1.5 Million


## AND AS FOR A SEVENTH CAUSE OF ACTION

18 U.S. Code § 1343 Fraud by wire, radio, or television

Page 9 line 27-28, Page 15 line 1-3

Request $1.5 Million


## AND AS FOR A EIGHTH CAUSE OF ACTION

18 U.S.C. §1503 Relating to obstruction of justice

Page 8 line 17, Page 10 line 10-11, Page 15 line 1-3

Request $1.5 Million

## AND AS FOR A NINTH CAUSE OF ACTION

18 U.S. Code § 1346 Scheme or artifice to Defraud" includes a scheme or

artifice to deprive another of the intangible right of honest services.

Page 6 line 16-22

Request $1.5 Million


## AND AS FOR A TENTH CAUSE OF ACTION

18 U.S.C. §1961 Racketeer Influenced and Corrupt Organizations Act

Page 10, line 28

Request $1.5 Million


## DAWN JIMENEZ-SALTA, JUDGE


## AND AS FOR A FIRST CAUSE OF ACTION

14th Amendment- Due Process

Page 7, Line 3-5

Request $1.5 Million


## AND AS FOR A SECOND CAUSE OF ACTION:

18 U.S.C. §1961 Racketeer Influenced and Corrupt Organizations Act

Page 10, line 28

Request $1.5 Million


## AND AS FOR A THIRD CAUSE OF ACTION

18 U.S. Code § 2381 Treason

Page 8 Line 3, Page 10 Line 10-11, Page 14 line 3-6, 12-15; Page 14 line 3-6, 11-15

Request $1.5 Million

## AND AS FOR A FOURTH CAUSE OF ACTION

18 U.S.C. §1951 relating with interference with commerce, robbery, or extortion

Page 9 line 28 and Page 10, line 1

Request $1.5 Million


## AND AS FOR A FIFTH CAUSE OF ACTION

18 U.S.C. §471  Relating to counterfeiting

Page 8 line 17, Page 15 line 1-3

Request $1.5 Million


## AND AS FOR A SIXTH CAUSE OF ACTION

46 U.S. Code § 30509 Intentional Infliction of Emotional Distress

Page 5 line 24

Request $1.5 Million


## AND AS FOR A SEVENTH CAUSE OF ACTION

18 U.S. Code § 1343 Fraud by wire, radio, or television

Page 9 line 27-28, Page 15 line 1-3

Request $1.5 Million


## AND AS FOR A EIGHTH CAUSE OF ACTION

18 U.S.C. §1503 Relating to Obstruction of Justice

Page 8 line 17, Page 10 line 10-11, Page 15 line 1-3

Request $1.5 Million


## AND AS FOR A NINTH CAUSE OF ACTION

18 U.S. Code § 1346 Scheme or artifice to Defraud" includes a scheme or

artifice to deprive another of the intangible right of honest services.

- 49 -

Page 6 line 16-22

Request $1.5 Million

## AND AS FOR A TENTH CAUSE OF ACTION

18 U.S.C. §1961 Racketeer Influenced and Corrupt Organizations Act

Page 10, line 28

Request $1.5 Million

## SUPREME COURT OF KINGS COUNTY CLERK'S OFFICE

## AND AS FOR A FIRST CAUSE OF ACTION

14th Amendment- Due Process

Page 7, Line 3-5

Request $1.5 Million

## AND AS FOR A SECOND CAUSE OF ACTION:

18 U.S.C. §1961 Racketeer Influenced and Corrupt Organizations Act

Page 10, line 28

Request $1.5 Million

## AND AS FOR A THIRD CAUSE OF ACTION

18 U.S. Code § 2381 Treason

Page 8 Line 3, Page 10 Line 10-11, Page 14 line 3-6, 12-15; Page 14 line 3-6, 11-15

Request $1.5 Million

## AND AS FOR A FOURTH CAUSE OF ACTION

18 U.S.C. §1951 relating with interference with commerce, robbery, or extortion

Page 9 line 28 and Page 10, line 1

Request $1.5 Million


## AND AS FOR A FIFTH CAUSE OF ACTION

18 U.S.C. §471  Relating to counterfeiting

Page 8 line 17, Page 15 line 1-3

Request $1.5 Million


## AND AS FOR A SIXTH CAUSE OF ACTION

46 U.S. Code § 30509 Intentional Infliction of Emotional Distress

Page 5 line 24

Request $1.5 Million


## AND AS FOR A SEVENTH CAUSE OF ACTION

18 U.S. Code § 1343 Fraud by wire, radio, or television

Page 9 line 27-28, Page 15 line 1-3

Request $1.5 Million


## AND AS FOR A EIGHTH CAUSE OF ACTION

18 U.S.C. §1503 Relating to obstruction of justice

Page 8 line 17, Page 10 line 10-11, Page 15 line 1-3

Request $1.5 Million


## AND AS FOR A NINTH CAUSE OF ACTION

18 U.S. Code § 1346 Scheme or artifice to Defraud" includes a scheme or

artifice to deprive another of the intangible right of honest services.

Page 6 line 16-22

Request $1.5 Million

**AND AS FOR A TENTH CAUSE OF ACTION**

18 U.S.C. §1961 Racketeer Influenced and Corrupt Organizations Act

Page 10, line 28

Request $1.5 Million


**<u>COURT ADMINISTRATION</u>**


**AND AS FOR A FIRST CAUSE OF ACTION**

14th Amendment- Due Process

Page 7, Line 3-5

Request $1.5 Million


**AND AS FOR A SECOND CAUSE OF ACTION:**

18 U.S.C. §1961 Racketeer Influenced and Corrupt Organizations Act

Page 10, line 28

Request $1.5 Million


**AND AS FOR A THIRD CAUSE OF ACTION**

18 U.S. Code § 2381 Treason

Page 8 Line 3, Page 10 Line 10-11, Page 14 line 3-6, 12-15; Page 14 line 3-6, 11-15

Request $1.5 Million


**AND AS FOR A FOURTH CAUSE OF ACTION**

18 U.S.C. §1951 relating with interference with commerce, robbery, or extortion

Page 9 line 28 and Page 10, line 1

Request $1.5 Million

**AND AS FOR A FIFTH CAUSE OF ACTION**

18 U.S.C. §471  Relating to counterfeiting

Page 8 line 17, Page 15 line 1-3

Request $1.5 Million


**AND AS FOR A SIXTH CAUSE OF ACTION**

46 U.S. Code § 30509 Intentional Infliction of Emotional Distress

Page 5 line 24

Request $1.5 Million


**AND AS FOR A SEVENTH CAUSE OF ACTION**

18 U.S. Code § 1343 Fraud by wire, radio, or television

Page 9 line 27-28, Page 15 line 1-3

Request $1.5 Million


**AND AS FOR A EIGHTH CAUSE OF ACTION**

18 U.S.C. §1503 Relating to obstruction of justice

Page 8 line 17, Page 10 line 10-11, Page 15 line 1-3

Request $1.5 Million


**AND AS FOR A NINTH CAUSE OF ACTION**

18 U.S. Code § 1346 Scheme or artifice to Defraud" includes a scheme or

artifice to deprive another of the intangible right of honest services.

Page 6 line 16-22

Request $1.5 Million

## AND AS FOR A TENTH CAUSE OF ACTION

18 U.S.C. §1961 Racketeer Influenced and Corrupt Organizations Act

Page 10, line 28

Request $1.5 Million


## FELIX W. ORTIZ, ASSEMBLY MEMBER


## AND AS FOR A FIRST CAUSE OF ACTION

42 U.S.C.§ 274e - Prohibition of Organ Purchasing, Organ Harvesting and  Kidnapping

Page 25, lines 1-2, 16-18, 22-23

Request $1.5 Million


## AND AS FOR A SECOND  CAUSE OF ACTION

18 U.S.C. §1961 Racketeer Influenced and Corrupt Organizations Act

Page 10, line 28

Request $1.5 Million


## AND AS FOR A THIRD CAUSE OF ACTION

14th Amendment- Due Process

Page 7, Line 3-5

Request $1.5 Million


## AND AS FOR A FOURTH CAUSE OF ACTION

18 U.S.C. §1951 relating with interference with commerce, robbery, or extortion

Page 9, line 28 and Page 10, line 1

Request $1.5 Million

## AND AS FOR A FIFTH CAUSE OF ACTION

18 U.S.C. §471  Relating to counterfeiting

Page 6 line 16-22, Page 8 line 17, Page 15, line 1-3

Request $1.5 Million


## AND AS FOR A SIXTH CAUSE OF ACTION

46 U.S. Code § 30509 Intentional Infliction of Emotional Distress

Page 5 line 24

Request $1.5 Million


## AND AS FOR A SEVENTH CAUSE OF ACTION

18 U.S. Code § 1343 Fraud by wire, radio, or television

Page 9 line 27-28, Page 15 line 1-3

Request $1.5 Million


## AND AS FOR A EIGHTH CAUSE OF ACTION

18 U.S.C. §1503 Relating to obstruction of justice

Page 6 line 16-22, Page 8. line 17, Page 10, line 10-11, Page 15, line 1-3

Request $1.5 Million


## AND AS FOR A NINTH CAUSE OF ACTION

18 U.S. Code § 1346 Scheme or artifice to Defraud" includes a scheme or

artifice to deprive another of the intangible right of honest services.

Page 6 line 16-22

Request $1.5 Million


## AND AS FOR A TENTH CAUSE OF ACTION

18 U.S. Code § 2381 Treason

Page 14 line 3-6 and 11-15

Request $1.5 Million


**AND AS FOR AN ELEVENTH CAUSE OF ACTION**

18 U.S. Code § 1581 Peonage; obstructing

12 line 7-28, Page 13 line 1-3

Request $1.5 Million



<u>**MITU MARUF AKA MARUF ALAM**</u>


**AND AS FOR A FIRST CAUSE OF ACTION**

*18 U.S. Code § 201*

Page 25, line 25-27

Request $1.5 Million


**AND AS FOR A SECOND CAUSE OF ACTION**

18 U.S. Code § 1957 Engaging in monetary transactions in property derived from specified

unlawful activity

Page 25, line 25-27

Request $1.5 Million


**AND AS FOR A THIRD CAUSE OF ACTION**

*18 U.S.C. §1503 Relating to obstruction of justice*

Page 25, line 25-27

Request $1.5 Million

**NEW YORK CITY DEPARTMENT OF CONSUMERS AFFAIRS**


### AND AS FOR A FIRST CAUSE OF ACTION

18 U.S. Code § False statement or entry entered - Making False Statements

Page 27, line 6 - 18

Request $1.5 Million


### AND AS FOR A SECOND  CAUSE OF ACTION

18 U.S.C. §1961 Racketeer Influenced and Corrupt Organizations Act

Page 27, line 6 - 18

Request $1.5 Million


### AND AS FOR A THIRD CAUSE OF ACTION

14th Amendment- Due Process

Page 27, line 6 - 18

Request $1.5 Million


*CONCLUSION*


*DOLLAR AMOUNTS REQUESTED:*


*POLICE OFFICER ALFONSO MENDEZ*


*FIRST CAUSE OF ACTION:*                                   *$1.5 Million*

*SECOND CAUSE OF ACTION:*                          *$1.5 Million*

| | |
|---|---|
| THIRD CAUSE OF ACTION: | $1.5 Million |
| FOURTH CAUSE OF ACTION: | $1.5 Million |
| FIFTH CAUSE OF ACTION: | $1.5 Million |
| SIXTH CAUSE OF ACTION: | $1.5 Million |
| SEVENTH CAUSE OF ACTION: | $1.5 Million |
| EIGHTH CAUSE OF ACTION: | $1.5 Million |
| NINTH CAUSE OF ACTION: | $1.5 Million |
| TENTH CAUSE OF ACTION: | $1.5 Million |
| TOTAL: | $15 Million |

### NEW YORK POLICE DEPARTMENT (NYPD)

| | |
|---|---|
| FIRST CAUSE OF ACTION: | $1.5 Million |
| SECOND CAUSE OF ACTION: | $1.5 Million |
| THIRD CAUSE OF ACTION: | $1.5 Million |
| FOURTH CAUSE OF ACTION: | $1.5 Million |
| FIFTH CAUSE OF ACTION: | $1.5 Million |
| SIXTH CAUSE OF ACTION: | $1.5 Million |
| SEVENTH CAUSE OF ACTION: | $1.5 Million |
| EIGHTH CAUSE OF ACTION: | $1.5 Million |
| TOTAL: | $12 million |

### INTERNAL AFFAIRS BUREAU

| | |
|---|---|
| FIRST CAUSE OF ACTION: | $1.5 Million |
| SECOND CAUSE OF ACTION: | $1.5 Million |
| THIRD CAUSE OF ACTION: | $1.5 Million |
| FOURTH CAUSE OF ACTION: | $1.5 Million |

| | |
|---|---|
| FIFTH CAUSE OF ACTION: | $1.5 Million |
| SIXTH CAUSE OF ACTION: | $1.5 Million |
| SEVENTH CAUSE OF ACTION: | $1.5 Million |
| EIGHTH CAUSE OF ACTION: | $1.5 Million |
| TOTAL: | $12 million |

### POLICE BENEVOLENT ASSOCIATION

| | |
|---|---|
| FIRST CAUSE OF ACTION: | $1.5 Million |
| SECOND CAUSE OF ACTION: | $1.5 Million |
| THIRD CAUSE OF ACTION: | $1.5 Million |
| FOURTH CAUSE OF ACTION: | $1.5 Million |
| FIFTH CAUSE OF ACTION: | $1.5 Million |
| SIXTH CAUSE OF ACTION: | $1.5 Million |
| SEVENTH CAUSE OF ACTION: | $1.5 Million |
| EIGHTH CAUSE OF ACTION: | $1.5 Million |
| TOTAL: | $12 million |

### MAYOR BILL de BLASIO

| | |
|---|---|
| FIRST CAUSE OF ACTION: | $1.5 Million |
| SECOND CAUSE OF ACTION: | $1.5 Million |
| THIRD CAUSE OF ACTION: | $1.5 Million |
| FOURTH CAUSE OF ACTION: | $1.5 Million |
| FIFTH CAUSE OF ACTION: | $1.5 Million |
| SIXTH CAUSE OF ACTION: | $1.5 Million |
| SEVENTH CAUSE OF ACTION: | $1.5 Million |
| EIGHTH CAUSE OF ACTION: | $1.5 Million |
| NINTH CAUSE OF ACTION: | $1.5 Million |

| | |
|---|---|
| TENTH CAUSE OF ACTION: | *$1.5 Million* |
| TOTAL: | $15 million |

## CITY OF NEW YORK

| | |
|---|---|
| FIRST CAUSE OF ACTION: | $1.5 Million |
| SECOND CAUSE OF ACTION: | $1.5 Million |
| THIRD CAUSE OF ACTION: | $1.5 Million |
| FOURTH CAUSE OF ACTION: | $1.5 Million |
| FIFTH CAUSE OF ACTION: | $1.5 Million |
| SIXTH CAUSE OF ACTION: | $1.5 Million |
| SEVENTH CAUSE OF ACTION: | $1.5 Million |
| EIGHTH CAUSE OF ACTION: | $1.5 Million |
| NINTH CAUSE OF ACTION: | $1.5 Million |
| TENTH CAUSE OF ACTION: | *$1.5 Million* |
| TOTAL: | $15 million |

## STATE OF NEW YORK

| | |
|---|---|
| FIRST CAUSE OF ACTION: | $1.5 Million |
| SECOND CAUSE OF ACTION: | $1.5 Million |
| THIRD CAUSE OF ACTION: | $1.5 Million |
| FOURTH CAUSE OF ACTION: | $1.5 Million |
| FIFTH CAUSE OF ACTION: | $1.5 Million |
| SIXTH CAUSE OF ACTION: | $1.5 Million |
| SEVENTH CAUSE OF ACTION: | $1.5 Million |
| EIGHTH CAUSE OF ACTION: | $1.5 Million |
| NINTH CAUSE OF ACTION: | $1.5 Million |
| TENTH CAUSE OF ACTION: | *$1.5 Million* |

|  |  |
|---|---|
| TOTAL: | *$15 million* |

### *BONITA E. ZELMAN, ESQ.*

|  |  |
|---|---|
| *FIRST CAUSE OF ACTION:* | *$1.5 Million* |
| *SECOND CAUSE OF ACTION:* | *$1.5 Million* |
| *THIRD CAUSE OF ACTION:* | *$1.5 Million* |
| *FOURTH CAUSE OF ACTION:* | *$1.5 Million* |
| *FIFTH CAUSE OF ACTION:* | *$1.5 Million* |
| *SIXTH CAUSE OF ACTION:* | *$1.5 Million* |
| *SEVENTH CAUSE OF ACTION:* | *$1.5 Million* |
| *EIGHTH CAUSE OF ACTION:* | *$1.5 Million* |
| *NINTH CAUSE OF ACTION:* | *$1.5 Million* |
| *TENTH CAUSE OF ACTION:* | *$1.5 Million* |
| *ELEVENTH CAUSE OF ACTION:* | *$1.5 Million* |
| TOTAL: | *$16.5 Million* |

### *SETH A. HARRIS, ESQ. BURNS & HARRIS*

|  |  |
|---|---|
| *FIRST CAUSE OF ACTION:* | *$1.5 Million* |
| *SECOND CAUSE OF ACTION:* | *$1.5 Million* |
| *THIRD CAUSE OF ACTION:* | *$1.5 Million* |
| *FOURTH CAUSE OF ACTION:* | *$1.5 Million* |
| *FIFTH CAUSE OF ACTION:* | *$1.5 Million* |
| *SIXTH CAUSE OF ACTION:* | *$1.5 Million* |
| *SEVENTH CAUSE OF ACTION:* | *$1.5 Million* |
| *EIGHTH CAUSE OF ACTION:* | *$1.5 Million* |
| *NINTH CAUSE OF ACTION:* | *$1.5 Million* |
| *TENTH CAUSE OF ACTION:* | *$1.5 Million* |
| *ELEVENTH CAUSE OF ACTION:* | *$1.5 Million* |

|  |  |
|---|---|
| TOTAL: | $16.5 Million |

### *ZAKI ISAAC B. TAMIR, ESQ.*

|  |  |
|---|---|
| FIRST CAUSE OF ACTION: | $1.5 Million |
| SECOND CAUSE OF ACTION: | $1.5 Million |
| THIRD CAUSE OF ACTION: | $1.5 Million |
| TOTAL: | $4.5 million |

### *CLARK PENA*

|  |  |
|---|---|
| FIRST CAUSE OF ACTION: | $1.5 Million |
| SECOND CAUSE OF ACTION: | $1.5 Million |
| THIRD CAUSE OF ACTION: | $1.5 Million |
| TOTAL: | $4.5 million |

### *SYLVIA ASH, ARRESTED EX-JUDGE*

|  |  |
|---|---|
| FIRST CAUSE OF ACTION: | $1.5 Million |
| SECOND CAUSE OF ACTION: | $1.5 Million |
| THIRD CAUSE OF ACTION: | $1.5 Million |
| FOURTH CAUSE OF ACTION: | $1.5 Million |
| FIFTH CAUSE OF ACTION: | $1.5 Million |
| SIXTH CAUSE OF ACTION: | $1.5 Million |
| SEVENTH CAUSE OF ACTION: | $1.5 Million |
| EIGHTH CAUSE OF ACTION: | $1.5 Million |
| NINTH CAUSE OF ACTION: | $1.5 Million |
| TENTH CAUSE OF ACTION: | $1.5 Million |

|  |  |
|---|---|
| TOTAL: | $15 Million |

### DAWN JIMENEZ-SALTA, JUDGE

|  |  |
|---|---|
| FIRST CAUSE OF ACTION: | $1.5 Million |
| SECOND CAUSE OF ACTION: | $1.5 Million |
| THIRD CAUSE OF ACTION: | $1.5 Million |
| FOURTH CAUSE OF ACTION: | $1.5 Million |
| FIFTH CAUSE OF ACTION: | $1.5 Million |
| SIXTH CAUSE OF ACTION: | $1.5 Million |
| SEVENTH CAUSE OF ACTION: | $1.5 Million |
| EIGHTH CAUSE OF ACTION: | $1.5 Million |
| NINTH CAUSE OF ACTION: | $1.5 Million |
| TENTH CAUSE OF ACTION: | $1.5 Million |
| TOTAL: | $15 Million |

### SUPREME COURT OF KINGS COUNTY CLERK'S OFFICE

|  |  |
|---|---|
| FIRST CAUSE OF ACTION: | $1.5 Million |
| SECOND CAUSE OF ACTION: | $1.5 Million |
| THIRD CAUSE OF ACTION: | $1.5 Million |
| FOURTH CAUSE OF ACTION: | $1.5 Million |
| FIFTH CAUSE OF ACTION: | $1.5 Million |
| SIXTH CAUSE OF ACTION: | $1.5 Million |
| SEVENTH CAUSE OF ACTION: | $1.5 Million |
| EIGHTH CAUSE OF ACTION: | $1.5 Million |
| NINTH CAUSE OF ACTION: | $1.5 Million |
| TENTH CAUSE OF ACTION: | $1.5 Million |
| TOTAL: | $15 Million |

## COURT ADMINISTRATION

| | |
|---|---|
| FIRST CAUSE OF ACTION: | $1.5 Million |
| SECOND CAUSE OF ACTION: | $1.5 Million |
| THIRD CAUSE OF ACTION: | $1.5 Million |
| FOURTH CAUSE OF ACTION: | $1.5 Million |
| FIFTH CAUSE OF ACTION: | $1.5 Million |
| SIXTH CAUSE OF ACTION: | $1.5 Million |
| SEVENTH CAUSE OF ACTION: | $1.5 Million |
| EIGHTH CAUSE OF ACTION: | $1.5 Million |
| NINTH CAUSE OF ACTION: | $1.5 Million |
| TENTH CAUSE OF ACTION: | <u>$1.5 Million</u> |
| TOTAL: | $15 Million |

## FELIX W. ORTIZ, ASSEMBLY MEMBER

| | |
|---|---|
| FIRST CAUSE OF ACTION: | $1.5 Million |
| SECOND CAUSE OF ACTION: | $1.5 Million |
| THIRD CAUSE OF ACTION: | $1.5 Million |
| FOURTH CAUSE OF ACTION: | $1.5 Million |
| FIFTH CAUSE OF ACTION: | $1.5 Million |
| SIXTH CAUSE OF ACTION: | $1.5 Million |
| SEVENTH CAUSE OF ACTION: | $1.5 Million |
| EIGHTH CAUSE OF ACTION: | $1.5 Million |
| NINTH CAUSE OF ACTION: | $1.5 Million |
| TENTH CAUSE OF ACTION: | $1.5 Million |
| ELEVENTH CAUSE OF ACTION: | $1.5 Million |
| TOTAL: | $16.5 Million |

## MITU MARUF AKA MARUF ALAM

| | |
|---|---|
| *FIRST CAUSE OF ACTION:* | *$1.5 Million* |
| *SECOND CAUSE OF ACTION:* | *$1.5 Million* |
| *THIRD CAUSE OF ACTION:* | *$1.5 Million* |
| *TOTAL:* | *$3 million* |

## NEW YORK CITY DEPARTMENT OF CONSUMERS AFFAIRS

| | |
|---|---|
| *FIRST CAUSE OF ACTION:* | *$1.5 Million* |
| *SECOND CAUSE OF ACTION:* | *$1.5 Million* |
| *THIRD CAUSE OF ACTION:* | *$1.5 Million* |
| *FOURTH CAUSE OF ACTION:* | *$1.5 Million* |
| *FIFTH CAUSE OF ACTION:* | *$1.5 Million* |
| *SIXTH CAUSE OF ACTION:* | *$1.5 Million* |
| *SEVENTH CAUSE OF ACTION:* | *$1.5 Million* |
| *EIGHTH CAUSE OF ACTION:* | *$1.5 Million* |
| *NINTH CAUSE OF ACTION:* | *$1.5 Million* |
| *TENTH CAUSE OF ACTION:* | *$1.5 Million* |
| *TOTAL:* | *$15 million* |

*Certification and Closing:*

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information and belief, that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for modifying or reversing existing law; (3) the factual contentions have evidentiary support, or if specifically so identified , will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint

otherwise complies with the requirements of Rule 11.

**For Parties Without an Attorney:**

We both agree to provide the Clerk's Office with any changes to our address where case-related papers may be served. We understand that our failure to keep a current address on file with the Clerk's Office may result in the dismissal of our case.

Date of signing: 8-14-, 2020

Plaintiff Signature, Michael Angelo Ojeda

Plaintiff Signature Carmen Rosa Torres (Ojeda)

Printed name of Plaintiff:
Michael Angelo Ojeda

Printed name of Plaintiff:
Carmen Rosa Torres (Ojeda)

Sworn to me this

14 day of August, 2020

XAVIER S LAYNE
Registration #01LA6382557
Qualified in Kings County
My Commission Expires
October 23, 2022

NOTARY PUBLIC

Michael Angelo Ojeda
Pro se/Pro Hac

Carmen Rosa Torres (Ojeda)
Pro se/Pro Hac