Michael Angelo Ojeda and
Carmen Rosa Torres (Ojeda),
152 Bergen Street, 3rd Floor
Brooklyn, NY 11217
Phone No.: (347) 558-8599
           (347) 558-7544
email: brianaslaw@gmail.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

**CV20-01615-PHX-DGC**

| | |
|---|---|
| Michael Angelo Ojeda and Carmen Rosa Torres (Ojeda), <br><br> Plaintiffs, <br><br> v. <br><br> Police Officer Alfonso Mendez, New York Police Department (NYPD), Internal Affairs Bureau, Police Benevolent Association, Mayor Bill de Blasio, City of New York, State of New York, Bonita E. Zelman, Esq., Seth A. Harris, Esq., Zaki Issac Tamir, Esq., Clark Pena, Sylvia Ash, Arrested ex-Judge, Dawn Jimenez-Salta, Judge, Supreme Court of Kings County Clerk's Office, Court Administration, Felix W. Ortiz, Assembly Member, Mitu Maruf aka Maruf Alam and New York City Department of Consumers Affairs, <br><br> Defendants. | Case No.: 0:20-cv-00000 <br><br> **SUMMONS AND COMPLAINT** <br><br> **R.I.C.O. ACT, MURDER SECOND DEGREE,** 18 U.S.C. §1503 Relating to obstruction of justice, 18 U.S.C. §1511 Relating to obstruction of state and local Law enforcement, 18 U.S.C. §471 Relating to counterfeiting, 18 U.S.C. §1343 Mail, Wire, and Bank Fraud, 18 U.S.C. §201 Relating to bribery, **42 U.S.C. 274e - PROHIBITION OF ORGAN PURCHASING, ORGAN HARVESTING KIDNAPPING,** |

## SUMMONS

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or

60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and addresses are:

Defendants:

Police Officer Alfonso Mendez,
Badge #7899
84th Precinct - 301 Gold St
Brooklyn, NY 11201

New York Police Department (NYPD)
One Police Plaza Path
New York, NY 10007

Internal Affairs Bureau
315 Hudson Street, 3rd Floor
New York, NY 10013

Police Benevolent Association
125 Broad Street, 11th Floor
New York, NY 10004-2400

Mayor Bill de Blasio
City of New York
City Hall
New York, NY 10007

City of New York
463 Seventh Avenue
New York, NY 10018

State of New York
18 South Lake Avenue
Albany, NY 12203

Bonita E. Zelman, Esq.
2001 Marcus Avenue, Suite S150
Lake Success, NY 11042

Seth A. Harris, Esq.
Burns & Harris
The Woolworth Building
233 Broadway, Suite 900
New York, NY 10279

| | |
|---|---|
| 1 | Zaki Isaac B. Tamir, Esq.<br>Tamir Group Consulting |
| 2 | 225 Broadway, 39th Floor<br>New York, New York 10007 |
| 3 | |
| 4 | Clark Pena<br>1872 Lexington Avenue, #110<br>New York, NY 10035 |
| 5 | |
| 6 | Sylvia Ash, Arrested ex-Judge<br>Court Administration<br>25 Beaver Street |
| 7 | New York, NY 10004 |
| 8 | Dawn Jimenez-Salta, Judge<br>Supreme Court of Kings County |
| 9 | 360 Adams Street,<br>Chambers-Room 954 [Part 88] |
| 10 | Brooklyn, NY 11201 |
| 11 | Supreme Court of Kings County<br>Clerk's Office |
| 12 | 360 Adams Street-Basement<br>Brooklyn, NY 11201 |
| 13 | |
| 14 | Court Administration<br>25 Beaver Street<br>New York, NY 10004 |
| 15 | |
| 16 | Felix W. Ortiz, Assembly Member<br>New York State Assembly District Office<br>4907 4th Avenue, Suite 1A |
| 17 | Brooklyn, NY 11220 |
| 18 | Mitu Maruf aka Maruf Alam<br>c/o Felix Ortiz, Assembly Member |
| 19 | New York State Assembly District Office<br>4907 4th Avenue, Suite 1A |
| 20 | Brooklyn, NY 11220 |
| 21 | New York City<br>Department of Consumers Affairs |
| 22 | 66 John Street<br>New York, NY 10038 |
| 23 | |
| 24 | If you fail to respond, judgment by default will be entered against you for the relief demanded in the |
| 25 | complaint. You also must file your answer or motion with the court. |
| 26 | |
| 27 | CLERK OF COURT |
| 28 | Date: _____   _____<br>Signature of Clerk or Deputy Clerk |